### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**STEVEN C. SCHUELLER, M.D.**　　　　　　　　　　　　　　　　**PLAINTIFF**

**vs.**　　　　　　　　　　**5:08CV00126-WRW**

**RICHARD L. GODDARD, IN HIS OFFICIAL**　　　　　　**DEFENDANTS**
**CAPACITY AS CEO DREW MEMORIAL**
**HOSPITAL,** *et al***.**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 31st day of July, 2009.

　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE